UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. SUAREZ, | ) | No. CV 07-2259 GAF (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TERRI GONZALEZ, Acting Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 4, 2011

 

GARY A. FEESS
United States District Judge